**Law Offices of Todd M. Friedman, P.C.**
Todd M. Friedman (216752)
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HEMIL SHETH,** | Case No. 8:16-cv-00655-JLS-KES |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| **I.Q. DATA INTERNATIONAL, INC.,** | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 21st day of October, 2016.

By:  s/Todd M. Friedman
     Todd M. Friedman, Esq.
     Law Offices of Todd M. Friedman, P.C.
     Attorney for Plaintiff

Notice of Dismissal - 1

Filed electronically on this 21st day of October, 2016, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 21st day of October, 2016, via the ECF system to:

Honorable Josephine L. Staton
United States District Court
Central District of California

Allison Jean Fernandez
Gordon and Rees LLP

Craig J Mariam
Gordon and Rees LLP


This 21st day of October, 2016.
By: s/Todd M. Friedman
 Todd M. Friedman